UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISTRIBUIDORA DE DISCOS KAREN C. POR A., *et al.*,<br><br>        Plaintiffs,<br><br>      -v-<br><br>UNIVERSAL MUSIC GROUP, INC., *et al.*,<br><br>        Defendants. | 13-CV-7706 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

On December 23, 2019, the parties filed a status letter indicating that a settlement in principle of this case had been reached, and a settlement would be finalized "within the first few weeks of the New Year." (Dkt. No. 158.) There has been no further communication with the Court.

Accordingly, the parties are directed to (1) file a letter concerning the status of the case or (2) file a stipulation of dismissal on or before February 17, 2020.

  SO ORDERED.

Dated: February 3, 2020
   New York, New York

                  _____
                    J. PAUL OETKEN
                   United States District Judge