UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DISTRIBUIDORA DE DISCOS KAREN C. POR A., *et al.*,

                Plaintiffs,

-v-

UNIVERSAL MUSIC GROUP, INC., *et al.*,

                Defendants.

13-CV-7706 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

On December 23, 2019, the parties filed a status letter indicating that a settlement in principle of this case had been reached, and a settlement would be finalized "within the first few weeks of the New Year." (Dkt. No. 158.) On February 13, 2020, following an order from the Court (Dkt. No. 159), the parties represented that a settlement was on track "within the next several weeks." (Dkt. No. 160.) Since then, there has been no further communication with the Court.

Accordingly, the parties are directed to (1) file a letter concerning the status of the case or (2) file a stipulation of dismissal on or before September 4, 2020.

      SO ORDERED.

Dated: August 13, 2020
       New York, New York

                                                J. PAUL OETKEN
                                                United States District Judge